# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

No. 17-1425

BASF Corporation

v.

Umicore AG & Co. KG

## DOCKETING STATEMENT

This Docketing Statement must be completed by all counsel and filed with the court within 14 days of the date of docketing. When the United States or its officer or agency is a party, this Docketing Statement must be completed by all counsel and filed with the court within 30 days of docketing. All questions must be answered or the statement will be rejected.

Name of the party you represent: BASF Corporation

Party is (select one):
- [x] Appellant/Petitioner
- [ ] Cross-Appellant
- [ ] Appellee/Respondent
- [ ] Intervenor

Tribunal appealed from and Case No.: USPTO - Patent Trial and Appeal Board No. IPR2015-01121

Date of Judgment/Order: October 26, 2016        Type of Case: Patent

Relief sought on appeal: Reverse or, at a minimum, vacate the Board's Order as to claims 1-8, 12-24, 30, and 32-50 of USPN 7,601,662

Relief awarded below (if damages, specify): N/A

Briefly describe the judgment/order appealed from: The Board's Order of October 26, 2016, found that claims 1-8, 12-24, 30, and 32-50 of U.S. Patent No. 7,601,662 are unpatentable over combinations of Zones and Maeshima (claims 1-8 and 30) and Zones, Maeshima, and Patchett (claims 12-24 and 32-50).

Nature of judgment (select one):
- [x] Final Judgment, 28 USC 1295
- [ ] Rule 54(b)
- [ ] Interlocutory Order (specify type)
- [ ] Other (explain; see Fed. Cir. R. 28(a)(5))

**FORM 26. Docketing Statement**

Form 26
Rev. 10/16

Name and docket number of any related cases pending before this court plus the name of the writing judge if an opinion was issued. If none, please state none.

BASF Corporation v. Umicore AG & Co. KG, Case Nos. 17-1426, -1427, -1428, which are appeals from the U.S. Patent and Trademark Office, Patent Trial and Appeal Board in IPR2015-01123, -01124, and -01125. These cases involve U.S. Patent Nos. 7,601,662 and and 8,404,203, which issued from related applications. No opinion has been issued in these cases.

Brief statement of the issues to be raised on appeal

Appellant will request that this Court reverse or, at a minimum, vacate the Board's determination that claims 1-8, 12-24, 30, and 32-50 of U.S. Patent No. 7,601,662 are unpatentable over combinations of Zones and Maeshima (claims 1-8 and 30) and Zones, Maeshima, and Patchett (claims 12-24 and 32-50), which may include challenges to the following: any findings supporting the Board's determination, the Board's failure to consider evidence of record, and the Board's legal errors in undertaking the obviousness analysis.

Have there been discussions with other parties relating to settlement of this case?  [x] Yes  [ ] No  If "yes," when were the last such discussions?

[ ] Before the case was filed below?

[x] During the pendency of the case below?

[ ] Following the judgment/order appealed from?

If "yes," were the settlement discussions mediated?  [ ] Yes  [x] No

If they were mediated, by whom?   N/A

Do you believe that this case may be amenable to mediation?  [ ] Yes  [x] No

Please explain why you believe the case is or is not amenable to mediation.

BASF believes that the parties' ongoing business discussions present the best opportunity for the parties to discuss potential resolution of this case. In view of the parties' amicable relationship and the stage of their business discussions, BASF does not feel that it would be necessary to engage the resources that mediation would entail.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

None.

I certify that I filed this Docketing Statement with the Clerk of the United States Court of Appeals for the Federal Circuit and served a copy on counsel of record, this

__12th__ day of __January, 2017,__ ,

by: __electronic means via the Court's CM/EFC system.__

(manner of service)

__Anish R. Desai__                              __/s/ Anish R. Desai__

Name of Counsel                                Signature of Counsel

Law Firm

__WEIL, GOTSHAL & MANGES LLP__

Address

__1300 Eye Street, NW, Suite 900__

City, State, ZIP

__Washington, DC 20005__

Telephone Number    __(202) 682-7000__

FAX Number

__(202) 857-0940__

E-mail Address

__anish.desai@weil.com__

[ Reset Fields ]

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 12, 2017, the foregoing document was served via electronic mail, upon the following:

Elizabeth Gardner
Richard L. DeLucia
K. Patrick Herman
A. Anthony Pfeffer
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019-6142
egardner@orrick.com
rdelucia@orrick.com
pherman@orrick.com
apfeffer@orrick.com

Dated: January 12, 2017

/s/ *Anish R. Desai*
Anish R. Desai
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, N.W., Suite 900
Washington, D.C. 20005
Tel: 202-682-7103
Fax: 202-857-0940
anish.desai@weil.com

*Attorney for Appellant*
*BASF Corporation*