NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BASF CORPORATION,**
*Appellant*

**v.**

**UMICORE AG & CO. KG,**
*Appellee*

---

2017-1425, -1426, -1427, -1428

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-01121, IPR2015-01123, IPR2015-01124, and IPR2015-01125.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of BASF Corporation's unopposed motion to consolidate Appeal Nos. 2017-1425, 2017-1426, 2017-1427, and 2017-1428,

2　　　　　　　　　　BASF CORPORATION v. UMICORE AG & CO. KG

IT IS ORDERED THAT:

The motion is granted. The appeals are consolidated. The revised official caption is reflected above. BASF's opening brief is due no later than April 10, 2017.

          FOR THE COURT

          /s/ Peter R. Marksteiner
          Peter R. Marksteiner
          Clerk of Court

s32